IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>SAFEWAY GROUP, INC.;  WH-TRI COUNTY SHOPPING CENTER, LLC;  and KEITH MITCHELL, )<br><br>Defendants. )<br><br>SAFEWAY GROUP, INC.,  WH-TRI COUNTY SHOPPING CENTER, LLC, )<br><br>Third-Party Plaintiffs, )<br><br>v. )<br><br>HAMBY & ALOISIO, INC., )<br><br>Third-Party Defendant. ) | Civil Action File No.<br>1:16-CV-00174-WSD |

**Third-Party Defendant Hamby & Aloisio, Inc.'s
Disclosure of Expert Testimony**

Comes now, third-party defendant Hamby & Aloisio, Inc. and makes

the following disclosure of expert testimony, pursuant to F.R.Civ.P. 26(a)(2)

as follows:

**1. Identity of Expert:**

Bryan Tilden

**2. Expected Testimony:**

Bryan Tilden is expected to offer opinions and testimony regarding Hamby & Aloisio's handling of the Safeway Group, Inc. and Tri County Shopping Center, LLC account, the lack of timeliness of third-party plaintiff's reports of claims to Hamby & Aloisio, Inc., and the merits of plaintiff Seneca Insurance Company's recission claim. A complete discussion of the topics on which Mr. Tilden will testify is included in his report attached to this disclosure. Third-Party Defendant will make Mr. Tilden available for his deposition.

**3. Written Report of Expert:**

Bryan Tilden's signed report along with his Curriculum Vitae, other cases, and list of documents and materials reviewed and relied upon are produced as attachments to the report.

Lokey, Mobley and Doyle, LLP

/s/ *Kevin A. Doyle*
Kevin A. Doyle
Georgia Bar No. 228449
Yamisi James
Georgia Bar No. 217294

Attorneys for Third-Party Defendant
Hamby & Aloisio, Inc.

2

8425 Dunwoody Place
Atlanta, Georgia 30350
(770) 640-9441
(770) 640-6646 - Fax
kdoyle@mobley-doyle.com
yjames@mobley-doyle.com
Consented to by:

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date filed the foregoing *Third-Party Defendant Hamby & Aloisio, Inc.'s Disclosure of Expert Testimony* using the CM/ECF system, which will automatically send email notifications of such filing the following attorneys of record:

Jessica Pardi
Charles L. Clay, Jr.
Darren Summerville
Maren R. Cave

This 13th day of October, 2016.

Lokey, Mobley and Doyle, LLP

/s/ *Kevin A. Doyle*
Kevin A. Doyle
State Bar No. 228449

Attorney for Third-Party Defendant
Hamby & Aloisio, Inc.

8425 Dunwoody Place
Atlanta, Georgia 30350
(770) 640-9441
kdoyle@mobley-doyle.com