IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:16-CV-00174-WSD |
| | ) |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; and KEITH MITCHELL, | ) ) ) ) |
| | ) |
| Defendants and Third-Party Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| HAMBY & ALOISIO, INC., | ) |
| | ) |
| Third-Party Defendants. | ) |
| | ) |

Prepared by R. Bryan Tilden, CPCU, CLU, ARM, ALCM, ChFC, CIC, SCLA
TILDEN AND ASSOCIATES
Pittsboro, North Carolina
October 13, 2016

1

# PREFACE

I, R. Bryan Tilden, have been engaged by counsel for Hamby & Aloisio, Inc., ("H&A") to review certain materials relating to Policy Number SCC 2016342 ("Policy") effective January 30, 2014, issued to WH-Tri County Shopping Center, LLC ("Tri County") by Seneca Insurance Company, Inc., ("Seneca") and to, in summary, provide my opinion relating to the procurement of the Policy, all as described in detail in this report.

I have over 43 years' experience in the insurance and risk management industry as an author, broker, consultant, underwriter, drafter of policy forms and endorsements, teacher, historian, claim examiner and consultant for both insureds and insurers. I have placed business, as a broker representing the insured, in the international insurance market, including coordinated placements with Lloyd's brokers, Lloyd's syndicates, United States, Canadian, British and European insurance companies. I have worked with Lloyd's brokers, Lloyd's syndicates, United States, Canadian, British, Bermudian and European companies in the drafting, underwriting and placement of insurance policies, both marine and non-marine, and in the adjustment of property and liability losses. I teach the construction, drafting, underwriting, adjusting and analysis of policies throughout the United States, Canada, the Caribbean, Bermuda and the European Union. I have testified in the United States and London regarding the above subject matter. I am familiar with the custom and practices of the insurance marketplace, including the London, European, Caribbean, Canadian, Bermudian and United States markets.

My curriculum vitae is attached hereto. I prepared this report after reviewing the documents listed below. My billing rate for consulting expert and expert witness work is $250

2

an hour.[1]  These are my opinions to a reasonable degree of professional certainty.  *Because discovery is ongoing, I reserve the right to amend or supplement this report*.

# DOCUMENTS PROVIDED

1. Seneca Complaint with Exhibits;

2. Safeway Answer;

3. Safeway's Initial Disclosures;

4. Safeway Motion to File Third-Party Complaint;

5. Third-Party Complaint;

6. Motion to Dismiss Third-Party Complaint;

7. Seneca "Underwriting File" SEN000001 – SEN001504;

8. Seneca "Attachment" SEN005725 -SEN007236;

9. Seneca "Frequency of Risk Inspections" SEN007237 – SEN007237;

10. Seneca "UW Hazard Guide" SEN007238 – SEN007433;

11. Safeway "Insurer Comm" SAF2661 – SAF2767;

12. Safeway "Claim Transmittal" SAF3082 – SAF3085;

13. Hanby & Aloisio "Files Produced 5-19-16", Outlook Items, Non-Bates Stamped;

14. Hanby & Aloisio "PDFs-emails and attachments", Non-Bates Stamped;

15. 30(b)(6) Deposition of John Mrakovcic, Seneca Insurance Company;

---

[1]  No portion of my compensation is dependent upon the result of this litigation.

16. Deposition of Mitchell Pluskalowski; Seneca Insurance Company;

17. 30(b)(6) Deposition of Rafat Shaikh, Safeway Group, Inc.;

18. Deposition of Nayank Patel, Safeway Group, Inc.;

19. Safeway Exhibits Portfolio;

20. 30(b)(6) Deposition of Victor M. Hamby, Hamby & Aloisio;

21. Expert Report of Richard C Franklin, on behalf of Safeway Group, Inc.;

22. Expert Report of William D. Knepper, on behalf of Seneca Insurance Company; and

23. Deposition of William D. Knepper, CPCU.

# **BACKGROUND**

Marty Friedman ("Friedman") is a licensed insurance agent working for H&A.[2]  He developed and had the relationship with Safeway and its principals,[3] which lasted approximately six years.[4]  Marty Schlake and Dawn Rice, both licensed insurance agents[5], also worked on the Safeway account.[6]  H&A is a retail insurance agency.[7]  H&A acted on behalf of Safeway to procure insurance coverage.[8]  In the procurement process, H&A utilized ACORD[9]

---

[2] Deposition of Victor Hamby, 14:21 – 15:1.
[3] Deposition of Victor Hamby, 59:20 – 60 – 2.
[4] Deposition of Victor Hamby, 67:1 – 7.
[5] Deposition of Victor Hamby, 22:5 – 8.
[6] Deposition of Victor Hamby, 63:2 – 4.
[7] Deposition of Victor Hamby, 19:1 – 8.
[8] Deposition of Victor Hamby, 20:4 – 9; 22:13 – 15; 68:1 – 10.
[9] Association for Cooperative Operations Research and Development.

applications.[10]  The ACORD forms would be used unless the insurance company required their own specific application.[11]

Loss runs for the renewal were ordered September 17, 2013, in preparation of the renewal submission.[12]  In early October of 2013[13], H&A "blocked the market" with ACORD application for Safeway, as it was a January, 2014, renewal.  The applications to the market were transmitted via e-mail.[14]  Very basic information is provided, and is not a complete underwriting file.[15]  On January 10, 2014, Seneca was provided H&A's spreadsheet indicating reported liability losses.[16]  Seneca was also provided loss runs from Markel, Torus, Colony, Liberty Mutual, and CNA.[17]  There was a Ray Smith claim that was reported and known by Safeway that was not disclosed to H&A.[18]

To ensure the accuracy of the answers on the ACORD application, loss runs and interviews with the insured (or prospective insured) are utilized.[19]  The applications are completed by H&A based on this information.[20]  H&A provides the application and any supplemental applications for review and signature by the insured prior to binding.[21]  In this particular case, Seneca used the ACORD forms, and did not have any supplemental applications.[22]

---

[10] Deposition of Victor Hamby, 26:19 – 22.
[11] Deposition of Victor Hamby, 32:17 – 24.
[12] SAF2709, Deposition Exhibit 37.
[13] Deposition of Victor Hamby, 76:24.
[14] Deposition of Victor Hamby, 52:11 – 20.
[15] Deposition of Victor Hamby, 77:22 – 78:3.
[16] Exhibit 61; Deposition of Victor Hamby, 127:9 – 12.
[17] Exhibit 59.
[18] Exhibit 23; Deposition of Victor Hamby, 149:18 – 23.
[19] Deposition of Victor Hamby, 36:15 – 23.
[20] Deposition of Victor Hamby, 40:7 – 17.
[21] Deposition of Victor Hamby, 41:9 – 42:2.
[22] Deposition of Victor Hamby, 44:23 – 45:3.

Markel, a non-admitted insurance company, provided the expiring coverage.[23]  As is typical in the United States, the various states requires an insurance agent to procure a policy with an admitted insurance company, which H&A did.[24]  Markel was provided renewal information on October 2, 2013,[25] and the rest of the market on October 8, 2013.[26]  Mitchell Pluskalowski acknowledged receipt the same day and expressed interest in quoting the account.[27]  Seneca, Markel and Lexington provided renewal quotations.[28]  Seneca provided their quotation January 14, 2013, with three subjectivities: 1) based on the information provided; 2) satisfactory loss control; and 3) intervening rate changes.[29]  On January 23, 2013, a revised Seneca quotation was provided with the same subjectivities but a lower premium.[30]

Safeway knew of the Tri-County shooting on November 4, 2013, by internal email.[31]  H&A had no knowledge of this event at the time.[32]  The signed Seneca application was dated January 27, 2014.  Notice of the Tri-County shooting was received by H&A on January 28, 2014.[33]  On January 29, 2014, H & A requested that coverage be bound by Seneca.[34]

## OPINIONS

1.  Hamby & Aloisio, Inc., an independent insurance agency, followed accepted insurance industry custom and practice in the receipt and handling of claims from Safeway Group, Inc. and WH-Tri County Shopping Center, LLC.

---

[23] Deposition of Victor Hamby, 75:1 – 3.
[24] Deposition of Victor Hamby, 75:4 – 7.
[25] Exhibit 53.
[26] Exhibit 55.
[27] Ibid.
[28] Deposition of Victor Hamby, 142:5 – 6.
[29] Exhibit 70.
[30] Exhibit 71.
[31] Exhibit 14.
[32] Deposition of Victor Hamby, 156:9 – 11.
[33] Deposition of Victor Hamby, 159:14 – 17.
[34] Exhibit 73.

2. Hamby & Aloisio, Inc.'s reporting of current claims through loss runs in the underwriting process to Seneca Insurance Company was prevented by the failure of Safeway Group, Inc. and WH-Tri County Shopping Center LLC to timely notify Namby & Aloisio, Inc. of such claims, including the Rankins claim and the Smith claim.

3. Hamby & Alosio, Inc. followed accepted insurance industry custom and practice by submitting an initial application to block the market.  Seneca Insurance Company did not reasonably rely on the response to question number 18 on page four of the Commercial General Liability Section of the 10/2/2013 application concerning crime on the premises over the last three years since Seneca received loss runs during the underwriting process that showed crimes in fact occurred during that time period.

_R. Bryan Tilden_
R. Bryan Tilden
CPCU, CLU, ARM, ALCM, ChFC, CIC

*Curriculum Vitae*
*of*

*R. Bryan Tilden*
526 Red Gate Road
Pittsboro, North Carolina 27312-7934
*Office:* 919.542.1042 • *Fax:* 919.542.6255 • *E-mail:* tilden@mindspring.com

| | |
|---|---|
| **EDUCATION:** | **Senior Claim Law Associate,** 2008<br>AMERICAN EDUCATIONAL INSTITUTE, INC.<br>Basking Ridge, New Jersey |
| | **Chartered Financial Consultant,** 1983<br>THE AMERICAN COLLEGE<br>Bryn Mawr, Pennsylvania |
| | **Associate in Loss Control Management**, 1983<br>INSURANCE INSTITUTE OF AMERICA<br>Malvern, Pennsylvania |
| | **Associate in Risk Management**, 1982<br>INSURANCE INSTITUTE OF AMERICA<br>Malvern, Pennsylvania |
| | **Chartered Life Underwriter**, 1982<br>THE AMERICAN COLLEGE<br>Bryn Mawr, Pennsylvania |
| | **Chartered Property Casualty Underwriter**, 1980<br>THE AMERICAN INSTITUTE FOR PROPERTY AND LIABILITY UNDERWRITERS<br>Malvern, Pennsylvania |
| | **Certified Insurance Counselor**, 1978<br>SOCIETY OF CERTIFIED INSURANCE COUNSELORS<br>Austin, Texas |
| **HONORS/ACTIVITIES:** | Continuing Professional Development, Society of Chartered Property Casualty Underwriters, 2016 - 2018 |
| | Grading Panel Member, The American Institute for Property and Liability Underwriters |
| | Grading Panel Member, Insurance Institute of America |
| | National Faculty Member, Society of Certified Insurance Counselors |
| | Faculty, ACORD Power of Change Workshop, 1995 to present |
| | Faculty, Independent Insurance Agents Virtual University,<br>    commentator to ISO, AAIS and ACORD |
| | Ernest F. Young Education Award, 1988 |
| | North Carolina Independent Agent of the Year, 1989 |
| | Frequent contributor the *The John Liner Letter*<br>    articles on Business Income, CGL, Auto, Risk Management |
| | Reviewer, various CPCU and Insurance Institute textbooks |

*R. BRYAN TILDEN*          *PAGE 2*

**MEMBERSHIPS:**          International Association of Arson Investigators

Society of Certified Insurance Counselors

Society of Chartered Property Casualty Underwriters

Society of Claims Law Associates

Society of Financial Service Professionals

**LICENSES:**          Property and Liability Agent, North Carolina, New Jersey

Life and Health Agent, North Carolina, New Jersey

Medicare Supplement and Long Term Care Agent, North Carolina

**EXPERIENCE:**          April 1997 to Present
**Training and Consulting**
Tilden & Associates
Pittsboro, North Carolina

September 1995 to March 1997
**Director of Technical Affairs**
Independent Insurance Agents of North Carolina, Inc.
Raleigh, North Carolina

March 1990 to August 1995
**Director of Education**
Independent Insurance Agents of North Carolina, Inc.
Raleigh, North Carolina

September 1983 to March 1990
**Account Executive**
Chapel Hill Insurance Agency, Inc.
Chapel Hill, North Carolina

September 1979 to July 1983
**Vice President**
Thomas Rutherfoord, Inc.
Roanoke, Virginia

December 1978 to September 1979
**Account Executive**
Marsh & McLennan, Inc.
Washington, DC

July 1974 to December 1978
**Account Executive**
Herb Holland Company, Inc.
Chapel Hill, North Carolina

**PUBLICATIONS:**          The CPCU Society. "A Guide to the CGL Aggregate Limits",
http://www.cpcusociety.org/learning/campus/how.shtml , 1999
The CPCU Society, "A Guide to the Motor Carrier Act",
http://www.cpcusociety.org/learning/campus/how.shtml. 1999
The CPCU Society, "A Guide to Value Reporting Form",
http://www.cpcusociety.org/learning/campus/how.shtml. 1999

*R. BRYAN TILDEN*          *PAGE 3*

R. Bryan Tilden, *1999 Business Auto Policy, Changes and Issues* (Albany: Professional Insurance Agents, 1999)

----, *2000 Commercial Property Changes* (Malvern: The CPCU Society, 2000)

----, *2000 Homeowners Policy Changes* (Malvern: The CPCU Society, 2000)

----, *2001 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2001)

----, *2001 Business Automobile Policy Changes* (Pittsboro, NC: Tilden and Associates, 2001)

----, *2002 Commercial Property Changes* (Malvern: The CPCU Society, 2002)

----, *2004 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2004)

----, *2007 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2007)

---- *2008 Commercial Property Changes* (Malvern: The CPCU Society, 2008)

----, *2010 Automobile Policy Changes* (Malvern: The CPCU Society, 2011)

----, *2011 Homeowners Policy Changes* (Malvern: The CPCU Society, 2011)

----, *2012 Commercial Property Policy Changes* (Malvern: The CPCU Society, 2013)

----, *2013 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2013)

----, *Additional Insured* (Austin: Society of Certified Insurance Counselors, Inc., 1996, 2005, 2013; Malvern: The CPCU Society, 1999, 2001, 2004, 2005, 2013)

----, *Advanced Business Income* (Malvern: The CPCU Society, 1990 – 2016)

----, *Advanced Inland Marine* (Malvern: The CPCU Society, 2000)

----, *Advanced Pollution Liability* (Malvern: The CPCU Society, 1999 - 2012)

----, *Arson and the Insurance Contract* (Austin: Society of Certified Insurance Counselors, Inc., 1998, 2004, 2012)

----, *Bonus Life and Non-Qualified Deferred Compensation Plans* (Pittsboro, NC: Tilden and Associates, 1998)

----, *Budgeting* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1995)

R. Bryan Tilden and Donald Malecki, *Builders Risk, Wrap-Ups and Course of Construction* (Malvern. The CPCU Society, 2006)

R, Bryan Tilden, *Business Automobile Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1993, 1994, 1997, 1999, 2002, 2004, 2005, 2006, 2010, 2013)

*R. BRYAN TILDEN*          *PAGE 4*

----, *Business Owner's Policy* (Austin: Society of Certified Insurance Counselors, Inc., 1990 – 2002, 2010, 2013)

----, *Claims Handling* (Pittsboro, NC: Tilden and Associates, 1999)

----, *Closing Gaps in Property Insurance* (Malvern: The CPCU Society, 1999, 2007, 2015)

----, *Commercial Account, The* (Malvern: The CPCU Society, 1999, 2001, 2005)

----, *Commercial Crime Program* (Austin: Society of Certified Insurance Counselors, Inc., 1988, 1991, 1992, 1999, 2000, 2006, 2013; Malvern: The CPCU Society, 2000, 2006, 2009, 2013)

----, *Commercial General Liability Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1992, 1994, 1996, 1997, 1998, 1999, 2001, 2004, 2007, 2013)

----, *Commercial Property Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1996, 2001, 2008, 2012)

----, *Commercial Property Causes of Loss Forms* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1996, 2001, 2008, 2012)

----, *Contract Bonds* (Pittsboro, NC: Tilden and Associates, 1999)

R. Bryan Tilden and Donald Malecki, *Contractual Risk Transfer* (Malvern. The CPCU Society, 2005)

R. Bryan Tilden, *Director's and Officer's Liability* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1997; 2002 Malvern: The CPCU Society, 1998, 2000, 2002)

----, *Disability Income and Long Term Care Insurance* (Pittsboro, NC: Tilden and Associates, 2006)

----, *Employee Leasing – The New CGL.* Counselor C93 #6 December (1993): 1-4

----, *Employment Related Practices* (Pittsboro, NC: Tilden and Associates, 1999, 2011, 2015)

----, *Endorsements to the Commercial Property Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1996, 2001, 2008, 2012)

----, *Essentials of Legal Liability* (Austin: Society of Certified Insurance Counselors, Inc., 1995)

----, *Essentials of Life Insurance* (Raleigh, NC: Independent Insurance Agents of North Carolina, Inc., 1991)

----, *Estate Planning* (Pittsboro, NC: Tilden and Associates, 1999)

----, *Estate Planning Techniques, Gifts, Trusts and Family Limited Partnerships* (Pittsboro, NC: Tilden and Associates, 2000)

R. Bryan Tilden and Donald Malecki, *Evolution of the CGL,* (Malvern. The CPCU Society, 2007)

R. Bryan Tilden, *Excess Liability and Commercial Umbrella Policies* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1995, 1997, 2013)

*R. BRYAN TILDEN*          *PAGE 5*

----, *Flood Insurance*, (Austin: Society of Certified Insurance Counselors, Inc., 1998)

----, *Garage Policy* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1993, 1994, 1998, 2006)

----, *Hidden Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1995, 1997, 2000; Malvern: The CPCU Society, 1998, 2004, 2010, 2013)

----, *Homeowner's Policy* (Pittsboro, NC: Tilden and Associates, 1998, 2001, 2011)

----, *Homeowner's Tricks and Traps* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1993, 1997, 2001, 2013)

----, *How to Determine the Financial Stability of an Insurance Company* Agents Journal Spring (1985) 18 - 19

----, *Human Resources* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1996)

----, *Insurance Fraud* (Pittsboro, NC: Tilden and Associates, 2001)

----, *Insurance Statute and Rules Update, An Agents' Guide* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1991)

----, *Insuring Contractors* (Malvern: The CPCU Society, 1998, 1999, 2004, 2007, 2013)

----, *Insuring Defective Construction* (Malvern:  The CPCU Society, 2002, 2004, 2007, 2013; Austin: Society of Certified Insurance Counselors, 2002, 2004, 2007, 2013)

----, *Insuring the E-Commerce Account* (Malvern: The CPCU Society, 2000 – 2013)

----, *Insuring the In Home Business* (Austin: Society of Certified Insurance Counselors, 1998)

----, *Insurance Valuation Problems* (Malvern: The CPCU Society, 1997 – 2013)

----, "It's a Crime Not to Insure! Use New Crime Forms for the Best Coverage," *Resources* (The National Alliance for Insurance Education & Research), (Spring 2001), pp. 10-13.

----, *Law and the Life Insurance Contract* (Pittsboro, NC: Tilden and Associates, 2002)

----, *Leased Properties Exposures* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1997, 2005; Malvern: The CPCU Society, 1998, 2001, 2005, 2013)

----, *Liability Issues and Solutions* (Austin: Society of Certified Insurance Counselors, Inc., 1998)

R. Bryan Tilden and Donald Malecki, *Malecki and Tilden on the CGL,* (Malvern. The CPCU Society, 2003, 2004, 2005)

R. Bryan Tilden, *Medicare Supplement and Long Term Care* (Raleigh, NC: Independent Insurance Agents of North Carolina, Inc., 1991, 1992)

*R. BRYAN TILDEN*                    *PAGE 6*

----, *Mergers, Acquisitions and Joint Ventures* (Malvern: The CPCU Society, 2001; Austin: Society of Certified Insurance Counselors, Inc., 2002, 2013)

----, *More Personal Lines Questions and Answers* (Pittsboro, NC: Tilden and Associates, 1997)

----, *N.C. Insurance Statutes and Rules Update, An Agents' Guide* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1992)

----, *Personal Auto Policy* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1990, 1993)

----, *Personal Auto Policy* (Pittsboro, NC: Tilden and Associates, 1999)

----, *Personal Lines Questions and Answers* (Malvern: The CPCU Society, 1997, 1998, 2012)

----, *Personal Lines, Troublesome Problem Areas* (Indianapolis: Independent Insurance Agents of Indiana, 1997, 1998)

----, *Pollution Liability Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1998, 2012)

----, *Pollution and Environmental Liability Coverages* (Malvern: The CPCU Society, 1999, 2012, 2015)

R. Bryan Tilden and John P. Young, *Pre-Licensing Guide* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1988, 1993)

R. Bryan Tilden, *Professional Liability* (Austin: Society of Certified Insurance Counselors, Inc., 1994, 1996, 1998)

----, *Problems and Solutions in Buy-Sell Agreements* (Pittsboro, NC: Tilden and Associates, 1998).

----, *Products and Completed Operations* (Malvern: The CPCU Society, 1999)

----, *Properly Insuring Churches, Clubs, Civic Groups and Other Not-For-Profit Organizations* (Austin: Society of Certified Insurance Counselors, Inc., 1991, 1998, 2001)

----, *Property & Liability Innovations and Solutions* (Austin: Society of Certified Insurance Counselors, Inc., 1998, 1999, 2001)

----, "Puzzled About Commercial Auto?" *Resources* (The National Alliance for Insurance Education & Research), (Fall/Winter 2001), pp. 8-9.

----, *Rental Car Exposures and Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1988, 1990, 1992, 1999)

----, *Shared Ownership of Property* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1990, 2001)

----, *Small Employer Group Benefits* (Raleigh, NC: Independent Insurance Agents of North Carolina, Inc., 1992)

----, *Solving Troublesome Liability Issues* (Austin, Society of Certified Insurance Counselors, Inc., 2016)

----, *Solving Troublesome Property Issues* (Austin, Society of Certified Insurance Counselors, Inc., 2016)

*R. BRYAN TILDEN*          *PAGE 7*

----, *Split Dollar Plans* (Pittsboro, NC: Tilden and Associates, 1998)

----, *Time Element Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1992, 1996, 2001, 2008, 2012)

----, *Tips, Tricks and Traps of the CGL* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1992, 1998, 1999, 2012; Malvern: The CPCU Society, 2000, 2012)

----, *Toxic Mold, Where Is The Coverage?* (Malvern: The CPCU Society, 2003, 2004, 2008, 2010, 2013)

----, *Umbrella and Excess Liability* (Malvern, The CPCU Society, 2004, 2013)

----, *Underwriting Workers Compensation* (Pittsboro, NC: Tilden and Associates, 2003)

----, *Utilizing the New Commercial Coverages* (Albany: Professional Insurance Agents, 2003)

----, *Will the Policy Pay for Rebuilding?* Professional Agent February 1998: 24 - 27

----, *Workers' Compensation* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1992, 1997, 2012)

----, *Workers' Compensation: Treating the Exposure* (Malvern: The CPCU Society, 2000)

----, *Workers' Compensation: Underwriting* (Malvern: The CPCU Society, 2000)

**CASES PAST 4 YEARS:**   *Colony Insurance Company v. Charles Peterson; Evergreen Composite Technology, LLC, and Randolph Bank and Trust Company,* 1:10-cv-581, United States District Court for the Middle District of North Carolina, Greensboro Division.

*Lawrence D. Guessford v. Pennsylvania National Mutual Casualty Insurance Company,* 1:12-cv-00360-JAB-LPA, United States District Court for the Middle District of North Carolina.

*C. B. Fleet Company, Inc. v. Colony Specialty Insurance Company,* 1:11-cv-00375, United States District Court for the Northern District of Ohio, Eastern Division.

*Opry Mills Mall, Ltd., et al v. Arch Insurance Company, et al,* 10-1504-IV, Chancery Court for Davidson County, Tennessee.

*Hospitality Enterprises, Inc., et al, v. Westchester Surplus Lines Insurance Company, et al,* 10-12413-D, Civil District Court for the Parish of Orleans, Louisiana.

*Menno Pennink, et al v. Underwriters at Lloyds, et al,* 11-CVS-05555, Superior Court for the County of Durham, North Carolina.

*Brent and Brunette Myers v. First Citizens Bank & Trust Company,* 12 CVS 08569, Superior Court for the County of Wake, North Carolina.

*R. BRYAN TILDEN*                    *PAGE 8*

*Orleans Parish School Board, et al v. Lexington Insurance Company and <u>RSUI Indemnity Company</u>, et al,* 2006-7342, Division L, Section 6, Civil District Court for the Parish of Orleans, State of Louisiana.

*Otto Industries North America, Inc., v. <u>The Phoenix Insurance Company,</u>* 3:12-CV-717, United States District Court for the Western District of North Carolina, Charlotte Division.

*Pleasant Valley Baptist Church v. <u>Church Mutual, et. al.,</u>* 12-26503-CZ, Circuit Court for the County of Livingston, Michigan.

*MacMurray College v. <u>Educational & Institutional Ins. Administrators, Inc.,</u>* Arbitration No. 51 195 Y 01446 12, American Arbitration Association, Chicago, Illinois.

*Rolf's Patisserie, Inc. v. <u>The Rockwood Company,</u>* 12-L-1063, County Department, Law Division, Circuit Court of Cook County, Illinois.

*Loretta A. Scott v. <u>Portell</u>, et al,* 11SL-CC00239, Circuit Court for the County of St. Louis, Missouri.

*Parkers Farm Acquisition, LLC, v. <u>Associated Insurance Agents, Inc., and Jeffrey R. Mass,</u>* 27-CV-13-12678, District Court for the Fourth Judicial District, County Of Hennepin, Minnesota.

*<u>Daniel Island Riverside Developers, LLC, et al</u>, v. The Oaks at Rivers Edge Property Owners Association, Inc., et al,* 2010-CP-08-4318, In the Court of Common Pleas, Fifteenth Judicial Circuit, County of Berkeley, South Carolina.

*Philway Products, Inc. v. <u>Berkley Mid-Atlantic</u>, et al,* CV-2012-12-6749, Summit County Court of Common Pleas, Ohio.

*<u>Colony National Insurance Company</u> v. Sorenson Medical Inc., et al,* 2:10-cv-74-WOB, United States District Court for the Eastern District of Kentucky, Northern Division at Covington.

*Bowlers Alley, Inc. d/b/a Eastland Bowling Center v. <u>The Cincinnati Insurance Company</u>,* 2:13-cv-13804-PDB-MJH, United States District Court for the Eastern District of Michigan, Southern Division.

*Insurance Commissioner of Puerto Rico v. <u>Guardian Insurance Company</u>, et al,* Case Number CM-2014-40E, In The Office of the Puerto Rico Insurance Commissioner.

*Waldorf Condominium Association, Inc. v. <u>Lexington Insurance Company</u>, et al,* Docket L2877-13, Law Division Ocean County, Superior Court of New Jersey.

*James Bosek, et al v. Auto-Owners Insurance Company and <u>Larson Insurance Services, Inc.,</u>* 21-CV-12-1821, County of Douglas District Court, Seventh Judicial District, State of Minnesota.

*<u>Frank L. Connor</u> v. State Farm Fire and Casualty Company,* 4:14-cv-00790, United States District Court, Western District of Missouri.

*R. BRYAN TILDEN*        *PAGE 9*

*Kelly Schofield, et al, v. <u>Argonaut Insurance Company, et al</u>,* 14-cv-103F, United States District Court for the District of Wyoming.

*Stacey Allen Volden v. <u>Monson & Company, Inc., et al</u>,* 120903279, In the Third Judicial District, Salt Lake County, State of Utah.

*The Pavlec Family Partnership, L.P., v. <u>Nationwide Mutual Insurance Company,</u>* 4-14-cv-00477, United States District Court, Eastern District of Missouri.

*Eric LaFolette, et al, v. <u>Liberty Mutual Fire Insurance Company,</u>* 2-14-cv-04147, United States District Court, Western District of Missouri, Central Division.

*East Bridge Loft Property Owners Association, Inc., et al, v. <u>Crum and Forster Specialty Insurance Company,</u>* 2:14-CV-2567, United States District Court for the District of South Carolina, Charleston Division.

*<u>USI MidAtlantic, Inc.</u> v. Howard G. Wilson, et al,* July Term, 2014. No. 02746, Philadelphia County Court of Common Pleas, Philadelphia, Pennsylvania.

*Standby Technical Services, Inc., et al, v. <u>F. & M. Agency, Inc., et al,</u>* 14-cv-01857, United States District Court, District of Minnesota.

*Wayne J. Griffin Electric, Inc. v. <u>Travelers Property Casualty Company of America</u>,* 1:13-cv-00882, United States District Court, Middle District of North Carolina.

*F. H. Paschen, et al, v. <u>Hiscox, Inc.</u>, et al,* 2:13-cv-05842, United States District Court, Eastern District of Louisiana.

*<u>Liberty Mutual Fire Insurance Company</u> v. The Clemons Coal Company, et al,* 2:14-cv-02332, United States District Court for the District of Kansas.

*Park Reserve, LLC v. <u>Peerless Insurance Company, et al,</u>* 4:14-00763, United States District Court for the Western District of Missouri, Western Division.

*APM, LLLP v. <u>TCI Insurance Agency, Inc.</u>,* 09-2014-CV-02885, District Court for the County of Cass, East Central Judicial District, North Dakota.

*Michael McDonald, et al, v. <u>Selective Insurance Company of South Carolina</u>, et al,* 1422-CC00687, In the Circuit Court of St. Louis City, State of Missouri.

*Harbour Yacht Club and Marina, LLC and Harbour Yacht Club and marina Sales and Service v. North American Specialty Insurance Company and <u>Liberty Insurance Services</u>,* OCN-L-2737-13, Superior Court of New Jersey, Ocean County.

R. BRYAN TILDEN          PAGE 10

*Kevin Johnson, et al, v. City of Alexandria, <u>Arch Insurance Company</u>, et al,* 247,208 Div. Ninth Judicial District Court, Parish of Rapides, State of Louisiana.

*William A. Strickland, et al, v. <u>Nationwide Mutual Insurance Company</u>,* 4:14-cv-01516-DDN, United States District Court, Eastern District of Missouri.

*Fresca Foods, Inc., v. Certain Underwriters at Lloyd' s London, <u>True North First Mainstreet, LLC</u>, et al,* 2014-cv-31415, In the District Court, Boulder County, Colorado.

*Tensas Water Distribution Association v. <u>Arch Insurance Company</u>,* 3:14CV1787, United States District Court, Western District of Louisiana, Monroe Division.

*Selective Insurance Company, et al, v. Auto-Owners Insurance Company and <u>Progrowth Insurance Agency, Inc.</u>,* 27-CV-15-8107, District Court of Minnesota, County of Hennepin, Fourth Judicial District.

*Mark Scott and Merrilee Scott v. <u>LifeSecure Insurance Company</u>,* 2:15-cv-00197-CW-DBP, United States District Court, District of Utah, Central Division.

*Advanced Imaging Partners. Inc., et al v. <u>Edgewood Partners Insurance Center, dba EPIC, et al</u>,* SC120707, Superior Court of the State of California, County of Los Angeles, West District.

*<u>Raieigh OB/GYN Centre, P.A., et al</u>, v. Allied World Insurance Company (U.S.) Inc., et al,* 5:15-CV-00388-BO, United States District Court, Eastern District of North Carolina, Western Division.

*Thomas Jackson, et al, v. <u>Century Mutual Insurance Company</u>,* 14-cvs-7263. Superior Court for Forsyth County, North Carolina

*Mark Williams v. <u>Soderholm Financial Services</u> v. White Bear Lake Insurance Company,* 26-CV-15-260, District Court of Minnesota, County of Grant, Eighth Judicial District.

*Barbara Balsamello v. <u>Allstate Life Insurance Company of New York, Inc., et al</u>,* Index No.: 502320/2012, Supreme Court of The State of New York, County of Kings.

*<u>Pamela Shore</u> v. State Farm Mutual Insurance Company,* 4:16-CV-00301, United States District Court, Western District of Missouri.