UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CIVIL FILE NO. 1:16-CV-00174-WSD |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; and KEITH MITCHELL, | ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) ) |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; | ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| HAMBY & ALOISIO, INC., | ) ) |
| Third-Party Defendants. | ) ) |
| _____ | ) |

**NOTICE OF DEPOSITION OF BRYAN TILDEN**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of

Civil Procedure, Safeway Group, Inc. ("Safeway") and WH-Tri County Shopping

Center, LLC ("Tri County" and collectively, the "Safeway Defendants") by and

through their counsel of record, will take the deposition of Bryan Tilden on November 14, 2016, commencing at 10:00 a.m. EST, at Lokey, Mobley and Doyle, LLP, 8425 Dunwoody Place, Atlanta, Georgia 30350.  The deposition will be taken stenographically and will be conducted under the supervision of an officer who is authorized to administer an oath.

The deposition, if not completed on the noticed date, shall be continued, if necessary, from day-to-day thereafter, excluding weekends and holidays, until completed, unless counsel for the noticing party wishes the deposition to be completed at a later date, in which case a mutually agreeable date shall be selected between the counsel for the parties.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants may utilize a stenographic method of recording that permits the "real time" instant visual display of testimony.

Dated:  October 28, 2016.

MORRIS, MANNING & MARTIN, LLP

/s/ Jessica F. Pardi
1600 Atlanta Financial Center          Jessica F. Pardi
3343 Peachtree Road, N.E.              Georgia Bar No.  561204
Atlanta, Georgia  30326                jpardi@mmmlaw.com
(404) 233-7000 - Phone
(404) 365-9532 - Fax                   Attorneys for Defendants Safeway Group, Inc. and WH-Tri County Shopping Center, LLC

10538596 v1

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; and KEITH MITCHELL,<br><br>Defendants.<br>_____<br><br>SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC;<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>HAMBY & ALOISIO, INC.,<br><br>Third-Party Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL FILE NO. 1:16-CV-00174-WSD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served counsel for the opposing party in

the foregoing matter with a copy of **NOTICE OF DEPOSITION OF BRYAN**

10450694 v1

**TILDEN** by depositing same in the United States mail with adequate postage thereon to ensure delivery addressed as follows:

> Chuck Clay & Associates, LLC
> Charles L. Clay, Jr.
> Christopher Newbern
> 4401 Northside Parkway, Suite 520
> Atlanta, GA 30327
>
> Maren R. Cave
> Jennifer L. Nichols
> Swift, Currie, McGhee & Hiers, LLP
> 1355 Peachtree Street
> The Peachtree, Suite 300
> Atlanta, GA 30309
>
> Kevin A. Doyle
> Lokey, Mobley and Doyle, LLP
> 8425 Dunwoody Place
> Atlanta, GA 30350

This 28th day of October, 2016.

/s/  Jessica F. Pardi
Jessica F. Pardi

10538596 v1