UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CIVIL FILE NO. 1:16-CV-00174-WSD |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; and KEITH MITCHELL, | ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) ) |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; | ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| HAMBY & ALOISIO, INC., | ) ) ) |
| Third-Party Defendants. | ) |
| _____ | ) |

**SAFEWAY GROUP, INC. AND WH-TRI COUNTY SHOPPING
CENTER, LLC'S STATEMENT OF ADDITIONAL MATERIAL FACTS**

COME NOW Safeway Group, Inc. ("Safeway") and WH-Tri County

Shopping Center, LLC ("Tri County") and submit their Statement of Additional

Material Facts as follows.

10637393 v1

56. The Loss History Grid in the ACORD form contains subjective questions which ask the applicant to attempt to determine which occurrences may lead to a claim.  (*See e.g.* Ex. 39 at SEN467)

57. Safeway is *not* a defendant in the lawsuits filed by (a) LW (alleged December 9, 2011 rape and kidnapping); (b) Carlton Miller (alleged June 22, 2012 shooting); and/or (c) Ray Smith (alleged November 12, 2011 shooting).  (Exs. 5, 6 and 24).

58. Seneca's own underwriting expert testified that, given the information disclosed by Safeway to Seneca, he probably would have asked for more information regarding crimes.  (Knepper Depo., p. 162, ll. 2-15).

59. Seneca's own underwriting expert also testified that when presented with contradictory information during the underwriting process he "would attempt to get a reconciliation for that."  (*Id.* at p. 158, ll. 11-17).

60. The rape alleged in the LW lawsuit did not occur on any premises owned or managed by the Safeway Defendants.  (Ex. 5, ¶¶ 7 and 8).

61. The LW lawsuit was disclosed to Seneca on the Loss Run Summary.  (Ex. 61).

62. The Kiara Sims lawsuit was disclosed to Seneca on the Loss Run Summary.  (Ex. 61).

63. The Carlton Miller lawsuit was disclosed to Seneca in the Loss Runs. (Ex. 59 at SEN1482).

64. Incidents referenced by Seneca and alleged to have occurred on August 27, 2011, October 15, 2012, and June 26, 2013 have no associated victim, claimant, demand, claim, loss or payment of any kind. Accordingly, there is no additional evidence in the record for citation.

Respectfully submitted this 24th day of January, 2017.

MORRIS, MANNING & MARTIN, LLP


/s/ Jessica F. Pardi
Jessica F. Pardi
Georgia Bar No. 561204
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 233-7000
(404) 233-9532 (fax)
jpardi@mmmlaw.com
Attorney for Defendants/Third-Party Plaintiffs Safeway Group, Inc. and WH-Tri County Shopping Center, LLC

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CIVIL FILE NO. 1:16-CV-00174-WSD |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; and KEITH MITCHELL, | ) ) ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **SAFEWAY GROUP, INC. AND WH-TRI COUNTY SHOPPING CENTER, LLC'S STATEMENT OF ADDITIONAL MATERIAL FACTS** was filed electronically via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of same being electronically served by the Court to all attorneys of record.

This 24th day of January, 2017.

/s/ Jessica F. Pardi
Jessica F. Pardi

4

10637393 v1