UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL FILE NO. 1:16-CV-00174-WSD |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; and KEITH MITCHELL, | ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) ) |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; | ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| HAMBY & ALOISIO, INC., | ) ) |
| Third-Party Defendants. | ) |
| _____ | ) |

**APPENDIX OF EVIDENCE IN SUPPORT OF SAFEWAY GROUP, INC.
AND WH-TRI COUNTY SHOPPING CENTER, LLC'S
RESPONSE TO SENECA'S MOTION FOR SUMMARY JUDGMENT**

| DEPOSITION EXHIBITS |
|---|
| **Exhibit 24** |
| **Exhibit 39** |
| **Exhibit 40** |

10666857 v1

- 2 -

| |
|---|
| **Exhibit 59** |
| **Exhibit 61** |
| **Exhibit 90** |
| **Exhibit 149** |
| **Exhibit 151** |
| **Exhibit 154** |
| **Exhibit 171** |
| **Docket Entries 1 and 12** |
| DEPOSITION EXCERPTS |
| Excerpts from the deposition of **Martin Friedman,** taken November 9, 2016: pages 37, 45, 51, 62 and 72 |
| Excerpts from the deposition of **William Knepper**, taken September 30, 2016: pages 144-145, 160, 164-166, 187, 188-189 and 244-245 |
| Excerpts from the deposition of **John Mrakovcic**, taken August 23, 2016: pages: 30-32 |
| Excerpts from the deposition of **Mitchell Pluskalowski**, taken July 28, 2016:  pages 60, 66, 67, 118, 119, 120, 126, 141, 144, 147, 148, 150, 154, 155, 156, 163, 169, 178, 208, 209, 210, 224, 259 and 265 |
| Excerpts from the deposition of **Safeway 30(b)(6)**, taken July 14, 2016: pages 35 and 36 |

10666857 v1

This 24th day of January, 2017.

        MORRIS, MANNING & MARTIN, LLP

        /s/ Jessica F. Pardi

        Jessica F. Pardi
        Georgia Bar No. 561204
        1600 Atlanta Financial Center
        3343 Peachtree Road, N.E.
        Atlanta, Georgia 30326
        (404) 233-7000
        (404) 233-9532 (fax)
        jpardi@mmmlaw.com
        Attorney for Defendants/Third-Party
        Plaintiffs Safeway Group, Inc. and WH-Tri
        County Shopping Center, LLC

10666857 v1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SENECA INSURANCE )
COMPANY, INC. )
)
    Plaintiff, )
)
v. )
) CIVIL FILE NO. 1:16-CV-00174-WSD
SAFEWAY GROUP, INC.; WH- )
TRI COUNTY SHOPPING )
CENTER, LLC; and KEITH )
MITCHELL, )
)
    Defendants. )
_____ )
)
SAFEWAY GROUP, INC.; WH- )
TRI COUNTY SHOPPING )
CENTER, LLC; )
)
    Third-Party Plaintiffs, )
)
v. )
)
HAMBY & ALOISIO, INC., )
)
    Third-Party Defendants. )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **APPENDIX OF EVIDENCE IN SUPPORT OF SAFEWAY GROUP, INC. AND WH-TRI COUNTY SHOPPING CENTER, LLC'S RESPONSE TO SENECA'S**

- 5 -

**MOTION FOR SUMMARY JUDGMENT** was filed electronically via CM/ECF

in the United States District Court for the Northern District of Georgia, with notice

of same being electronically served by the court to all attorneys of record.

This 24th day of January, 2017.

/s/ Jessica F. Pardi
Jessica F. Pardi

10666857 v1