UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CIVIL FILE NO. 1:16-CV-00174-WSD |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; and KEITH MITCHELL, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) ) |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; | ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| HAMBY & ALOISIO, INC., | ) ) |
| Third-Party Defendants. | ) |
| _____ | ) |

**APPENDIX OF EVIDENCE OF REPLY BRIEF IN SUPPORT OF
SAFEWAY GROUP, INC. AND WH-TRI COUNTY SHOPPING
CENTER, LLC'S MOTION FOR SUMMARY JUDGMENT**

| DEPOSITION EXHIBITS |
|---|
| **Exhibit 22** |
| **Exhibit 24** |
| **Exhibit 39** |

| |
|---|
| **Exhibit 40** |
| **Exhibit 42** |
| **Exhibit 59** |
| **Exhibit 61** |
| **Exhibit 90** |
| **Exhibit 115** |
| **Exhibit 122** |
| **Exhibit 151** |
| **Exhibit 154** |
| **Docket Entry 1** |
| **DEPOSITION EXCERPTS** |
| Excerpts from the deposition of **William Knepper**, taken September 30, 2016: pages 160, 164-166, 169, 187, 188-189 and 244-245 |
| Excerpts from the deposition of **John Mrakovcic**, taken August 23, 2016: pages: 30-32, 51 and 68-69 |
| Excerpts from the deposition of **Mitchell Pluskalowski**, taken July 28, 2016:  pages 60, 66, 67, 118-120, 126, 141, 144, 147, 148, 150, 154, 155, 156, 163, 178, 224 and 265 |

This 7th day of February, 2017.

MORRIS, MANNING & MARTIN, LLP

/s/ Jessica F. Pardi

Jessica F. Pardi
Georgia Bar No. 561204
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 233-7000
(404) 233-9532 (fax)
jpardi@mmmlaw.com
Attorney for Defendants/Third-Party
Plaintiffs Safeway Group, Inc. and WH-Tri
County Shopping Center, LLC

10666857 v1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CIVIL FILE NO. 1:16-CV-00174-WSD |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; and KEITH MITCHELL, | ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) ) |
| SAFEWAY GROUP, INC.; WH-TRI COUNTY SHOPPING CENTER, LLC; | ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| HAMBY & ALOISIO, INC., | ) ) |
| Third-Party Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **APPENDIX OF EVIDENCE IN SUPPORT OF SAFEWAY GROUP, INC. AND WH-TRI COUNTY SHOPPING CENTER, LLC'S RESPONSE TO SENECA'S**

10566637 v3

- 4 -

**MOTION FOR SUMMARY JUDGMENT** was filed electronically via CM/ECF

in the United States District Court for the Northern District of Georgia, with notice

of same being electronically served by the court to all attorneys of record.

This 7th day of February, 2017.

*/s/ Jessica F. Pardi*
Jessica F. Pardi

10666857 v1